FILE COPY



# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

June 19, 2013

Adan Gonzalez
Jones & Gonzalez, P.C.
5601 San Dario Avenue, Suite 5
Laredo, TX 78045

Dan Pozza
Law Offices of Dan Pozza
239 East Commerce Street
San Antonio, TX 78205

James K. Jones Jr.
Jones & Gonzalez
5601 San Dario Avenue, Suite 5
Laredo, TX 78041

Cheryl L. Wilson
Wilson & Pennypacker, L.L.P.
8620 N. New Braunfels, Suite 101
San Antonio, TX 78217

RE:    Court of Appeals Number:    04-12-00585-CV
       Trial Court Case Number:    2010-CVH-001376-D2
       Style:  Kay Lynn Maynard f/k/a Kay Lynn Maynard Booth
               v.
               William Booth

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 3219